UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:24-cv-80098-RLR

HOWARD COHAN,

    Plaintiff,

vs.

KNUTH GAS & OIL, INC.
Florida Profit Corporation
d/b/a BP

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, KNUTH GAS & OIL, INC., Florida Profit Corporation, d/b/a BP, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED March 25, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ ROSS G. LAVIN**
ROSS G. LAVIN
STATE BAR NO. 54502
1481 S. MILITARY TRAIL, STE: 9
WEST PALM BEACH, FL 33415-9143
TEL: (561) 641-5440
FAX: (512) 366.9780
Rule 2.515 Designated Service E-Mail:
rl@rosslavinlaw.com,
floridalawyer1@gmail.com
ATTORNEY FOR DEFENDANT
KNUTH GAS & OIL, INC.

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                     **/s/ Gregory S. Sconzo**
                                                     **Gregory S. Sconzo, Esq.**