# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-CV-80098-ROSENBERG

HOWARD COHAN,

    Plaintiff,

v.

KNUTH GAS & OIL, INC., d/b/a BP,

    Defendant.

_____/

## ORDER CLOSING CASE

This cause is before the Court on the Joint Stipulation of Dismissal with Prejudice at docket entry 17.  In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1.    The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2.    All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 6th day of May, 2024.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record